| | |
|---|---|
| SKLAR WILLIAMS, PLLC<br>Crane M. Pomerantz (NV Bar No. 14103)<br>410 S. Rampart Blvd., Suite 350<br>Las Vegas, Nevada 89145<br>Telephone: (702) 360-6000<br>Facsimile: (702) 360-0000<br>cpomerantz@sklar-law.com | BOIES SCHILLER FLEXNER LLP<br>Richard J. Pocker (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com |
| OLSHAN FROME WOLOSKY LLP<br>Kyle C. Biscelgie (*pro hac vice*)<br>Kyle J. Kolb (*pro hac vice*)<br>1325 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 451-2300<br>Facsimile: (212) 451-2222<br>kbisceglie@olshanlaw.com<br>kkolb@olshanlaw.com | BOIES SCHILLER FLEXNER LLP<br>Alan B. Vickery<br>John F. LaSalle<br>575 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-2300<br>Facsimile: (212) 446-2350<br>avickery@bsfllp.com<br>jlasalle@bsfllp.com<br>(*pro hac vice applications to be submitted*) |
| *Attorneys for Plaintiffs REMARK HOLDINGS, INC. and KANKAN LIMITED* | *Attorneys for Defendant ADAM ROSEMAN* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REMARK HOLDINGS, INC., a Delaware corporation; and KANKAN LIMITED., a British Virgin Islands company,<br><br>        *Plaintiffs*,<br>v.<br><br>CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), an exempt Cayman Islands company acting by and through its joint official liquidators; ADAM ROSEMAN; JOINT OFFICIAL LIQUIDATORS, with no personal liability, HUGH DICKSON OF GRANT THORTON SPECIALIST SERVICES (CAYMAN) LTD, a Cayman Islands company, and DAVID BENNETT OF GRANT THORTON RECOVERY AND REORGANISATION LTD, a Cayman Islands company; and DOES 1 THROUGH 10, inclusive,<br><br>        *Defendants*. | Case No. 2:18-cv-00322-JAD-CWH<br><br>**STIPULATION FOR EXTENSTION OF TIME TO FILE RESPONSE TO COMPLAINT**<br>**(FIRST REQUEST)** |

311445v1

Pursuant to Fed. R. Civ. P. 12(a)(1) and LR IA 6-1, Remark Holdings, Inc., Kankan Limited, and Adam Roseman hereby stipulate to the extension of Adam Roseman's deadline to respond to the complaint to **April 25, 2018**. Plaintiffs filed the complaint on February 21, 2018, (*see* ECF No. 1). Adam Roseman was served on March 5, 2018, and his response to the Complaint is currently due on Monday, March 26, 2018 (*see* ECF No. 7). The other defendants have not been served. The additional time is necessary for Adam Roseman and his undersigned counsel to complete their evaluation of the complaint. This is the parties' first request for an extension.

DATED: March 22, 2018

| | |
|---|---|
| /s/ *Kyle J. Kolb* | /s/ *Richard J. Pocker* |
| Crane M. Pomerantz (NV Bar No. 14103) | Richard J. Pocker (NV Bar No. 3568) |
| SKLAR WILLIAMS, PLLC | BOIES SCHILLER FLEXNER LLP |
| 410 S. Rampart Blvd., Suite 350 | 300 South Fourth Street, Suite 800 |
| Las Vegas, Nevada 89145 | Las Vegas, Nevada 89101 |
| | |
| Kyle C. Biscelgie (*pro hac vice*) | Alan B. Vickery |
| Kyle J. Kolb (*pro hac vice*) | John F. LaSalle |
| OLSHAN FROME WOLOSKY LLP | BOIES SCHILLER FLEXNER LLP |
| 1325 Avenue of the Americas | 575 Lexington Avenue |
| New York, New York 10019 | New York, New York 10022 |
| | (*pro hac vice applications to be submitted*) |
| | |
| *Attorneys for Plaintiffs REMARK HOLDINGS, INC. and KANKAN LIMITED* | *Attorneys for Defendant ADAM ROSEMAN* |

IT IS SO ORDERED:

_____
US MAGISTRATE JUDGE

DATED: March 23, 2018

311445v1