# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REMARK HOLDINGS, INC., a Delaware corporation; and KANKAN LIMITED., a British Virgin Islands company,

*Plaintiffs*,

v.

CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), an exempted Cayman Islands company acting by and through its joint official liquidators; ADAM ROSEMAN; JOINT OFFICIAL LIQUIDATORS, with no personal liability, HUGH DICKSON OF GRANT THORNTON SPECIALIST SERVICES (CAYMAN) LTD, a Cayman Islands company, and DAVID BENNETT OF GRANT THORNTON RECOVERY AND REORGANISATION LTD, a Cayman Islands company; and DOES 1 through 10, inclusive,

*Defendants*.

Case No. 2:18-cv-00322

**ORDER ON REVISED STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT ADAM ROSEMAN'S MOTION TO DISMISS (SECOND REQUEST)**

(ECF No. 24)

The Court, having considered the above stipulation of the parties, and good cause appearing, finds as follows:

1. Defendant Roseman filed a twenty-four page motion to dismiss on April 25, 2018 (*see* ECF No. 20). The motion to dismiss raises five separate bases for dismissal.

2. This is a complex case that alleges fraud in the sale of digital media companies to Plaintiff, who seeks rescission of the relevant purchase agreement. The complexity of the case and the motion require significant time to respond adequately.

3. Counsel for Plaintiffs is counsel of record in a week-long arbitration that is scheduled to begin on May 21, 2018 in New York City, preparation for which is occupying Plaintiffs' counsel's time and prevents counsel from spending sufficient time on the motion to dismiss.

4607878-3
4607878-4

4. The additional time is not sought for purposes of delay but, instead, is necessary for Plaintiffs and undersigned counsel to respond adequately to the motion to dismiss.

5. Roseman's counsel requests an extension of the deadline to file Roseman's reply brief from June 8 (the day that it would be due if the Court were to grant the extension of Plaintiffs' deadline to respond to the motion) to June 15. Defendant's counsel will be out of the country for a preplanned vacation from May 26 through June 4.

5. This is the parties' second request for an extension. The first request was denied without prejudice on May 7, 2018 (*see* ECF No. 23).

IT IS ORDERED THAT Remark Holdings, Inc. and KanKan Limited shall have until to **June 1, 2018** to file their response to Adam Roseman's motion to dismiss.

IT IS FURTHER ORDERED THAT Roseman shall have until **June 15, 2018** to file his reply, if any, in support of his motion to dismiss.

IT IS SO ORDERED:

_____
JENNIFER A. DORSEY
U.S. DISTRICT COURT JUDGE
Dated: May 9, 2018.

4607878-3
4607878-4