SKLARWILLIAMS, PLLC
Crane M. Pomerantz (NV Bar No. 14103)
410 S. Rampart Blvd., Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile: (702) 360-0000
CPomerantz@sklar-law.com

OLSHAN FROME WOLOSKY LLP
Kyle C. Bisceglie (*pro hac vice*)
Kyle J. Kolb (*pro hac vice*)
1325 Avenue of the Americas
New York, New York 10019
Telephone: (212) 451-2300
Facsimile: (212) 451-2222
Kbisceglie@olshanlaw.com
Kkolb@olshanlaw.com
*Attorneys for Plaintiffs REMARK
HOLDINGS, INC. and KANKAN LIMITED*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REMARK HOLDINGS, INC., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), et al., <br><br> *Defendants*. | Case No. 2:18-cv-00322 <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO CAYMAN DEFENDANTS' MOTION TO DISMISS** <br><br> **(FIRST REQUEST)** |

Pursuant to Fed. R. Civ. P. 12(a)(1) and LR IA 6-1, Remark Holdings, Inc.; Kankan Limited; China Branding Group Limited (In Official Liquidation), an exempted Cayman Islands company acting by and through its joint official liquidators ("CBG"); and the Joint Official Liquidators, with no personal liability, Hugh Dickson of Grant Thornton Specialist Services (Cayman) Ltd, and David Bennett of Grant Thornton Recovery and Reorganisation Ltd (the "JOLs," and together with CBG,

1

4748264-1

the "Cayman Defendants") hereby stipulate to the extension of Plaintiffs' time to respond to the Cayman Defendants' Motion to Dismiss to **October 12, 2018**. In support of this stipulation, the undersigned parties state as follows:

1. The Cayman Defendants filed a seventeen-page motion to dismiss on September 14, 2018 (*see* ECF No. 40). The motion to dismiss raises seven separate bases for dismissal.

2. This is a complex case, which raises issues of Cayman law not previously briefed in Plaintiffs' Opposition to Defendant Roseman's Motion to Dismiss.

3. The additional time is not sought for purposes of delay, but, instead, is necessary for Plaintiffs and their counsel to respond adequately to the motion to dismiss.

4. This is the parties' first request for an extension.

DATED: September 20, 2018

| | |
|---|---|
| */s/ Kyle J. Kolb* | */s/ Robert J. Cassity* |
| Kyle C. Bisceglie (*pro hac vice*) | Robert J. Cassity (NV Bar No. 9779) |
| Kyle J. Kolb (*pro hac vice*) | HOLLAND & HART LLP |
| OLSHAN FROME WOLOSKY LLP | 9555 Hillwood Dr., Second Floor |
| 1325 Avenue of the Americas | Las Vegas, NV 89134 |
| New York, New York 10019 | |
| | Robert D. Weber (*pro hac vice*) |
| Crane M. Pomerantz (NV Bar No. 14103) | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| SKLAR WILLIAMS, PLLC | 1901 Avenue of the Stars, Suite 1600 |
| 410 S. Rampart Blvd., Suite 350 | Los Angeles, California 90067-6055 |
| Las Vegas, Nevada 89145 | |
| | *Attorneys for China Branding Group Limited (In Official Liquidation) and its Joint Official Liquidators Hugh Dickson and David Bennett* |
| *Attorneys for Plaintiffs REMARK HOLDINGS, INC. and KANKAN LIMITED* | |

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE
Dated: September 25, 2018.

2

4748264-1