Robert J. Cassity, Esq.
Nevada Bar No. 9779
Ryan A. Semerad, Esq.
Nevada Bar No. 14615
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2556
Fax: (702) 669-4650
bcassity@hollandhart.com
rasemerad@hollandhart.com

Robert D. Weber, Esq.
(*Admitted Pro Hac Vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6055
rweber@sheppardmullin.com

*Attorneys for China Branding Group Limited
(In Official Liquidation) and its Joint Official
Liquidators with no personal liability Hugh
Dickson and David Bennett*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REMARK HOLDINGS, INC., a Delaware Corporation and KANKAN LIMITED, a British Virgin Islands company,<br><br>Plaintiff,<br><br>v.<br><br>CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), an exempted Cayman Islands company acting by and through its joint official liquidators; ADAM ROSEMAN; JOINT OFFICIAL LIQUIDATORS, with no personal liability, HUGH DICKSON OF GRANT THORNTON SPECIALIST SERVICES (CAYMAN) LTD, a Cayman Islands company, and DAVID BENNETT OF GRANT THORNTON RECOVERY AND REORGANISATION LTD, a Cayman Islands company; and DOES 1 through 10, inclusive,,<br><br>Defendant. | CASE NO.: 2:18-cv-00322-JAD-CWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(First Request)** |

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

1

Plaintiffs Remark Holdings, Inc., and Kankan Limited, by and through their counsel of record, Sklar Williams, PLLC, and Olshan Frome Wolosky LLP, and Defendants China Branding Group Limited (In Official Liquidation) acting through its joint official liquidators, Adam Roseman, Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services, and David Bennett of Grant Thornton Recovery and Reorganisation Ltd. (the "Cayman Defendants"), by and through their counsel of record, Holland & Hart LLP and Sheppard, Mullin, Richter & Hampton LLP, hereby stipulate and agree as follows:

1. On September 14, 2018, the Cayman Defendants filed a Motion to Dismiss (ECF No. 40).

2. October 12, 2018, Plaintiffs filed their Opposition to the Cayman Defendants' Motion to Dismiss (ECF No. 48).

3. The Cayman Defendants' current deadline to file and serve a reply brief is Friday, October 19, 2018.

4. The Cayman Defendants will require additional time to prepare a reply brief in support of their Motion to Dismiss.

5. The Cayman Defendants' deadline to file a reply brief in support of their Motion to Dismiss shall be extended from October 19, 2018 to October 29, 2018.

///
///
///
///
///
///
///
///
///
///
///

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

DATED this 18th day of October 2018

DATED this 18th day of October 2018

*/s/ Robert J. Cassity*

*/s/ Kyle J. Kolb*

Robert J. Cassity (NV Bar No. 9779)
HOLLAND & HART LLP
9555 Hillwood Dr., Second Floor
Las Vegas, NV 89134

Kyle C. Bisceglie (*pro hac vice*)
Kyle J. Kolb (*pro hac vice*)
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York 10019

Robert D. Weber (*Admitted pro hac vice*)
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055

Crane M. Pomerantz (NV Bar No. 14103)
SKLAR WILLIAMS, PLLC
410 S. Rampart Blvd., Suite 350
Las Vegas, Nevada 89145

*Attorneys for China Branding Group
Limited (In Official Liquidation) and its
Joint Official Liquidators Hugh Dickson
and David Bennett*

*Attorneys for Plaintiffs REMARK
HOLDINGS, INC. and KANKAN LIMITED*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 19, 2018.

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134