| | |
|---|---|
| SKLARWILLIAMS, PLLC<br>Crane M. Pomerantz (NV Bar NO. 14103)<br>410 S. Rampart Blvd., Suite 350<br>Las Vegas, Nevada 89145<br>Telephone: (702) 360-6000<br>Facsimile: (702) 360-0000<br>CPomerantz@sklar-law.com | BOIES SCHILLER FLEXNER LLP<br>Richard J. Pocker (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com |
| OLSHAN FROME WOLOSKY LLP<br>Kyle C. Bisceglie (*pro hac vice*)<br>Kyle J. Kolb (*pro hac vice*)<br>1325 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 451-2300<br>Facsimile: (212) 451-2222<br>Kbisceglie@olshanlaw.com<br>Kkolb@olshanlaw.com | BOIES SCHILLER FLEXNER LLP<br>Alan B. Vickery (*pro hac vice*)<br>John F. LaSalle (*pro hac vice*)<br>575 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-2300<br>Facsimile: (212) 446-2350<br>avickery@bsfllp.com<br>jlasalle@bsfllp.com |
| *Attorneys for Plaintiffs REMARK HOLDINGS, INC. and KANKAN LIMITED* | *Attorneys for Defendant ADAM ROSEMAN* |

Robert J. Cassity, Esq.
Nevada Bar No. 9779
Ryan A. Semerad, Esq.
Nevada Bar No. 14615
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2556
Fax: (702) 669-4650
bcassity@hollandhart.com
rasemerad@hollandhart.com

Robert D. Weber, Esq.
(Admitted Pro Hac Vice)
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6055
rweber@sheppardmullin.com

*Attorneys for Defendant China Branding Group Limited (In Official Liquidation) and its Joint Official Liquidators with no personal liability Hugh Dickson and David Bennett*

|   |   |   |
|---|---|---|
| 1 | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEVADA** | |
| 2 | | |
| 3 | REMARK HOLDINGS, INC., a Delaware corporation; and KANKAN LIMITED., a British Virgin Islands company, | Case No. 2:18-cv-00322-JAD-CWH |
| 4 | | |
| 5 | *Plaintiffs*, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DISCOVERY PLAN/ SCHEDULING ORDER (FIRST REQUEST)** |
| 6 | v. | |
| 7 | | |
| 8 | CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), an exempted Cayman Islands company acting by and through its joint official liquidators; ADAM ROSEMAN; JOINT OFFICIAL LIQUIDATORS, with no personal liability, HUGH DICKSON OF GRANT THORNTON SPECIALIST SERVICES (CAYMAN) LTD, a Cayman Islands company, and DAVID BENNETT OF GRANT THORNTON RECOVERY AND REORGANISATION LTD, a Cayman Islands company; and DOES 1 through 10, inclusive,<br>*Defendants*. | |

Plaintiffs Remark Holdings, Inc., and Kankan Limited, Defendant China Branding Group Limited (in Official Liquidation) acting through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services, and David Bennett of Grand Thornton Recovery and Reorganization Ltd. (the "Cayman Defendants"), and Defendant Adam Roseman hereby stipulate and agree that the deadline to file a Discovery Plan/Scheduling Order should be extended from **October 29, 2018**, until **30 days from a ruling on the pending motions to dismiss** by the Cayman Defendants and Defendant Roseman. In support of this stipulation, the parties state as follows:

1. On April 25, 2018, Defendant Roseman filed a Motion to Dismiss (ECF No. 20). Briefing was completed on June 15, 2018.

2. On September 14, 2018, the Cayman Defendants filed a Motion to Dismiss (ECF No. 40). Briefing will be completed on October 29, 2018.

3. A Discovery Plan/Scheduling Order is currently due on October 29, 2018.

2

4786844-1

4. The parties believe that discovery should be stayed in this matter pending resolution of the motions to dismiss in an effort to preserve judicial and party resources.

5. The defendants further agree and stipulate that they shall not assert or otherwise raise any defense to liability, damages or remedies arising from or related to Plaintiffs' agreement to a stay of discovery as requested herein.

6. This is the parties' first request to extend the deadline to file a Discovery Plan/Scheduling Order.

DATED: October 25, 2018

/s/ Kyle J. Kolb

Kyle C. Bisceglie (*pro hac vice*)
Kyle J. Kolb (*pro hac vice*)
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York 10019

Crane M. Pomerantz (NV Bar No. 14103)
SKLAR WILLIAMS, PLLC
410 S. Rampart Blvd., Suite 350
Las Vegas, Nevada 89145

*Attorneys for Plaintiffs REMARK HOLDINGS, INC. and KANKAN LIMITED*

/s/ Robert S. Cassity

Robert J. Cassity (NV Bar No. 9779)
HOLLAND & HART LLP
9555 Hillwood Dr., Second Floor
Las Vegas, NV 89134

Robert D. Weber (*pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055

*Attorneys for China Branding Group Limited (In Official Liquidation) and its Joint Official Liquidators Hugh Dickson and David Bennett*

/s/ John F. LaSalle

Alan B. Vickery (*pro hac vice*)
John F. LaSalle (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, New York 10022

Richard J. Pocker (NV Bar No. 3568)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101

*Attorneys for Defendant ADAM ROSEMAN*

4786844-1

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 30, 2018

4