| | |
|---|---|
| 1 | SKLARWILLIAMS, PLLC |
| | Crane M. Pomerantz (NV Bar NO. 14103) |
| 2 | 410 S. Rampart Blvd., Suite 350 |
| 3 | Las Vegas, Nevada 89145 |
| | Telephone: (702) 360-6000 |
| 4 | Facsimile: (702) 360-0000 |
| | CPomerantz@sklar-law.com |
| 5 | |
| | OLSHAN FROME WOLOSKY LLP |
| 6 | Kyle C. Bisceglie (*pro hac vice*) |
| 7 | Kyle J. Kolb (*pro hac vice*) |
| | 1325 Avenue of the Americas |
| 8 | New York, New York 10019 |
| | Telephone: (212) 451-2300 |
| 9 | Facsimile: (212) 451-2222 |
| | Kbisceglie@olshanlaw.com |
| 10 | Kkolb@olshanlaw.com |
| 11 | *Attorneys for Plaintiffs REMARK* |
| | *HOLDINGS, INC. and KANKAN LIMITED* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| REMARK HOLDINGS, INC., a Delaware Corporation and KANKAN LIMITED, a British Virgin Islands company,<br><br>Plaintiff,<br><br>v.<br><br>CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), an exempted Cayman Islands company acting by and through its joint official liquidators; ADAM ROSEMAN; JOINT OFFICIAL LIQUIDATORS, with no personal liability, HUGH DICKSON OF GRANT THORNTON SPECIALIST SERVICES (CAYMAN) LTD, a Cayman Islands company, and DAVID BENNETT OF GRANT THORNTON RECOVERY AND REORGANISATION LTD, a Cayman Islands company; and DOES 1 through 10, inclusive,,<br><br>Defendants. | Case No.: 2:18-cv-00322-JAD-CWH<br><br>**STIPULATION REGARDING THE PENDING MOTIONS TO DISMISS**<br><br>AND ORDER GRANTING<br><br><br>ECF Nos. 20, 40, 58 |

Plaintiffs Remark Holdings, Inc., and Kankan Limited ("Plaintiffs"), by and through their counsel of record, Sklar Williams, PLLC, and Olshan Frome Wolosky LLP, and

1

4872646-2

Defendants China Branding Group Limited (In Official Liquidation) ("CBG") acting through its joint official liquidators, Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services, and David Bennett of Grant Thornton Recovery and Reorganisation Ltd. (the "Cayman Defendants"), by and through their counsel of record, Holland & Hart LLP and Sheppard, Mullin, Richter & Hampton LLP, hereby stipulate and agree as follows:

1. On February 21, 2018, Plaintiffs filed the Complaint in this action and asserted claims against Adam Roseman and the Cayman Defendants.

2. On April 25, 2018, Adam Roseman filed a Motion to Dismiss the Complaint as against him [ECF No. 20].

3. On September 14, 2018, the Cayman Defendants filed a Motion to Dismiss the Complaint as against them [ECF No. 40], which raised similar issues of law as the Motion to Dismiss filed by Mr. Roseman.

4. On October 30, 2018, CBG asserted Counterclaims against Plaintiffs [EFC No. 53].

5. The parties held a mediation on January 14 and 15, 2019, during which Plaintiffs and the Cayman Defendants reached an agreement in principle to resolve their claims against each other. Plaintiffs did not reach a resolution with Roseman, and counsel for Roseman is not a party to this stipulation. Plaintiffs and the Cayman Defendants are currently negotiating final terms for the settlement of their claims against each other, subject to the conditions precedent that the parties agree to the terms of a written Definitive Settlement Agreement, and such Definitive Settlement Agreement is approved by Plaintiffs' Board of Directors and the Grand Court of the Cayman Islands.

6. Accordingly, Plaintiffs and the Cayman Defendants respectfully request that the Court hold in abeyance any ruling on the pending Motions to Dismiss for a period of thirty days to allow Plaintiffs and the Cayman Defendants to finalize the definitive terms of their settlement.

| | |
|---|---|
| DATED this 19th day of January 2019 | DATED this 19th day of January 2019 |
| */s/ Robert D. Weber* | */s/ Kyle J. Kolb* |
| Robert D. Weber (*Admitted pro hac vice*)<br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON LLP<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, California 90067-6055 | Kyle C. Bisceglie (*pro hac vice*)<br>Kyle J. Kolb (*pro hac vice*)<br>OLSHAN FROME WOLOSKY LLP<br>1325 Avenue of the Americas<br>New York, New York 10019 |
| Robert J. Cassity (NV Bar No. 9779)<br>HOLLAND & HART LLP<br>9555 Hillwood Dr., Second Floor<br>Las Vegas, NV 89134 | Crane M. Pomerantz (NV Bar No. 14103)<br>SKLAR WILLIAMS, PLLC<br>410 S. Rampart Blvd., Suite 350<br>Las Vegas, Nevada 89145 |
| *Attorneys for China Branding Group Limited (In Official Liquidation) and its Joint Official Liquidators Hugh Dickson and David Bennett* | *Attorneys for Plaintiffs REMARK HOLDINGS, INC. and KANKAN LIMITED* |

## ORDER

The court **construes this stipulation [ECF No. 58] as a joint motion** under Local Rule 7-1(c) because it was signed by fewer than all parties to this case. Good cause appearing, it is HEREBY ORDERED that **the joint motion [ECF No. 58] is GRANTED, and the court will hold the pending motions to dismiss in abeyance until February 21, 2019.**

_____
U.S. District Judge Jennifer Dorsey
January 22, 2019

3

4872646-2