1  SKLARWILLIAMS, PLLC                          BOIES SCHILLER FLEXNER LLP
   Crane M. Pomerantz (NV Bar NO. 14103)        Richard J. Pocker (NV Bar No. 3568)
2  410 S. Rampart Blvd., Suite 350              300 South Fourth Street, Suite 800
   Las Vegas, Nevada 89145                      Las Vegas, Nevada 89101
3  Telephone: (702) 360-6000                    Telephone: (702) 382-7300
   Facsimile: (702) 360-0000                    Facsimile: (702) 382-2755
4  CPomerantz@sklar-law.com                     rpocker@bsfllp.com
5
   OLSHAN FROME WOLOSKY LLP                      BOIES SCHILLER FLEXNER LLP
6  Kyle C. Bisceglie (*pro hac vice*)           Alan B. Vickery (*pro hac vice*)
   Kyle J. Kolb (*pro hac vice*)                John F. LaSalle (*pro hac vice*)
7  1325 Avenue of the Americas                  575 Lexington Avenue
   New York, New York 10019                     New York, New York 10022
8  Telephone: (212) 451-2300                    Telephone: (212) 446-2300
   Facsimile: (212) 451-2222                    Facsimile: (212) 446-2350
9  Kbisceglie@olshanlaw.com                     avickery@bsfllp.com
10 Kkolb@olshanlaw.com                          jlasalle@bsfllp.com
11
   *Attorneys for Plaintiffs REMARK*            *Attorneys for Defendant ADAM ROSEMAN*
12 *HOLDINGS, INC. and KANKAN LIMITED*
13
   Robert J. Cassity, Esq.
14 Nevada Bar No. 9779
   Ryan A. Semerad, Esq.
15 Nevada Bar No. 14615
   HOLLAND & HART LLP
16 9555 Hillwood Drive, 2nd Floor
   Las Vegas, NV 89134
17 Phone: (702) 222-2556
   Fax: (702) 669-4650
18 bcassity@hollandhart.com
19 rasemerad@hollandhart.com
20 Robert D. Weber, Esq.
   (Admitted Pro Hac Vice)
21 SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
   1901 Avenue of the Stars, Suite 1600
22 Los Angeles, CA 90067-6055
   rweber@sheppardmullin.com
23
24 *Attorneys for Defendant China Branding Group Limited*
   *(In Official Liquidation) and its Joint Official*
25 *Liquidators with no personal liability Hugh*
   *Dickson and David Bennett*
26
27
28

1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

REMARK HOLDINGS, INC., a Delaware corporation; and KANKAN LIMITED., a British Virgin Islands company,

        *Plaintiffs*,

        v.

CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), an exempted Cayman Islands company acting by and through its joint official liquidators; ADAM ROSEMAN; JOINT OFFICIAL LIQUIDATORS, with no personal liability, HUGH DICKSON OF GRANT THORNTON SPECIALIST SERVICES (CAYMAN) LTD, a Cayman Islands company, and DAVID BENNETT OF GRANT THORNTON RECOVERY AND REORGANISATION LTD, a Cayman Islands company; and DOES 1 through 10, inclusive,

        *Defendants*.

Case No. 2:18-cv-00322-JAD-CWH

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT (FIRST REQUEST)**

Plaintiffs Remark Holdings, Inc., and Kankan Limited, Defendant China Branding Group Limited (in Official Liquidation) acting through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services, and David Bennett of Grand Thornton Recovery and Reorganization Ltd. (the "Cayman Defendants"), and Defendant Adam Roseman hereby stipulate and agree that the deadline to file an Amended Complaint should be extended from **April 9, 2019**, until **April 19, 2019**. In support of this stipulation, the parties state as follows:

1.    On March 26, 2019, the Court issued a Decision and Order granting in part and denying in part Roseman's motion to dismiss the Complaint, and granting Plaintiffs leave to file an Amended Complaint on or before April 9, 2019 (ECF No. 66). On April 1, 2018, the Cayman Defendants filed an opposition to Plaintiffs' motion to enforce the Stipulation for Settlement, with a

response currently due April 8, 2019. These filings came at a time when Plaintiffs' counsel was overseas, and Remark's principal is currently overseas.

      2.     The additional time is not sought for purposes of delay, but, instead, is necessary for Plaintiffs and undersigned counsel to adequately supplement their allegations as required by the Court's Order.

      3.     This is the parties' first request to extend the time for Plaintiffs to file an Amended Complaint.

DATED: April 9, 2019

*/s/ Kyle J. Kolb*

Kyle C. Bisceglie (*pro hac vice*)
Kyle J. Kolb (*pro hac vice*)
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York 10019

Crane M. Pomerantz (NV Bar No. 14103)
SKLAR WILLIAMS, PLLC
410 S. Rampart Blvd., Suite 350
Las Vegas, Nevada 89145

*Attorneys for Plaintiffs REMARK*
*HOLDINGS, INC. and KANKAN LIMITED*

*/s/ John F. LaSalle*

Alan B. Vickery (*pro hac vice*)
John F. LaSalle (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, New York 10022

Richard J. Pocker (NV Bar No. 3568)
BOIES SCHILLER FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, Nevada 89101

*Attorneys for Defendant ADAM ROSEMAN*

*[signature blocks continued on next page]*

4968537-1

1    /s/ Robert D. Weber
     Robert D. Weber (*pro hac vice*)
2    SHEPPARD, MULLIN, RICHTER &
     HAMPTON LLP
3    1901 Avenue of the Stars, Suite 1600
     Los Angeles, California 90067-6055
4
5    Robert J. Cassity (NV Bar No. 9779)
     HOLLAND & HART LLP
6    9555 Hillwood Dr., Second Floor
     Las Vegas, NV 89134
7
8    *Attorneys for China Branding Group*
     *Limited (In Official Liquidation) and its*
9    *Joint Official Liquidators Hugh Dickson*
     *and David Bennett*
10
11
12
13   **IT IS SO ORDERED:**
14
15   _____
     UNITED STATES MAGISTRATE JUDGE
16
     DATED: April 11, 2019
17
18
19
20
21
22
23
24
25
26
27
28

4968537-1