| | |
|---|---|
| SKLARWILLIAMS, PLLC<br>Crane M. Pomerantz (NV Bar NO. 14103)<br>410 S. Rampart Blvd., Suite 350<br>Las Vegas, Nevada 89145<br>Telephone: (702) 360-6000<br>Facsimile: (702) 360-0000<br>CPomerantz@sklar-law.com | BOIES SCHILLER FLEXNER LLP<br>Richard J. Pocker (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com |
| OLSHAN FROME WOLOSKY LLP<br>Kyle C. Bisceglie (*pro hac vice*)<br>Kyle J. Kolb (*pro hac vice*)<br>1325 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 451-2300<br>Facsimile: (212) 451-2222<br>Kbisceglie@olshanlaw.com<br>Kkolb@olshanlaw.com | BOIES SCHILLER FLEXNER LLP<br>Alan B. Vickery (*pro hac vice*)<br>John F. LaSalle (*pro hac vice*)<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone: (212) 446-2300<br>Facsimile: (212) 446-2350<br>avickery@bsfllp.com<br>jlasalle@bsfllp.com |
| *Attorneys for Plaintiffs REMARK HOLDINGS, INC. and KANKAN LIMITED* | *Attorneys for Defendant ADAM ROSEMAN* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| REMARK HOLDINGS, INC., a Delaware corporation; and KANKAN LIMITED., a British Virgin Islands company,<br><br>   *Plaintiffs*,<br><br>v.<br><br>CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), an exempted Cayman Islands company acting by and through its joint official liquidators; ADAM ROSEMAN; JOINT OFFICIAL LIQUIDATORS, with no personal liability, HUGH DICKSON OF GRANT THORNTON SPECIALIST SERVICES (CAYMAN) LTD, a Cayman Islands company, and DAVID BENNETT OF GRANT THORNTON RECOVERY AND REORGANISATION LTD, a Cayman Islands company; and DOES 1 through 10, inclusive,<br><br>   *Defendants*. | Case No. 2:18-cv-00322-JAD-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br>**(THIRD REQUEST)** |

Plaintiffs Remark Holdings, Inc. and Kankan Limited, and Defendant Adam Roseman hereby stipulate and agree that the deadline to file an Amended Complaint should be extended from **April 26, 2019**, until **May 3, 2019**. In support of this stipulation, the parties to this stipulation state as follows:

1. On March 26, 2019, the Court issued a Decision and Order granting in part and denying in part Roseman's motion to dismiss the Complaint, and granting Plaintiffs leave to file an Amended Complaint on or before April 9, 2019 (ECF No. 66). All parties in this action previously requested, and were granted, an extension of time to file an Amended Complaint until April 19, 2019. The Court granted a second extension until April 26th.

2. Plaintiff and Defendant Roseman have made progress in exploring a potential resolution and Plaintiff seeks additional time to file an Amended Complaint to continue exploring resolution of this matter with Defendant Roseman in an effort to preserve judicial and party resources. Defendant Roseman consents to this request. Defendant China Branding Group Limited (in Official Liquidation) acting through its Joint Official Liquidators, Hugh Dickson of Grant Thornton Specialist Services, and David Bennett of Grand Thornton Recovery and Reorganization Ltd. did not respond with a position on this application.

3. This is the third request to extend the time for Plaintiffs to file an Amended Complaint.

DATED: April 26, 2019

*[signature blocks on next page]*

| | |
|---|---|
| /s/ Kyle J. Kolb | /s/ John F. LaSalle |
| Kyle C. Bisceglie (*pro hac vice*) | Alan B. Vickery (*pro hac vice*) |
| Kyle J. Kolb (*pro hac vice*) | John F. LaSalle (*pro hac vice*) |
| OLSHAN FROME WOLOSKY LLP | BOIES SCHILLER FLEXNER LLP |
| 1325 Avenue of the Americas | 55 Hudson Yards |
| New York, New York 10019 | New York, New York 10001 |
| Crane M. Pomerantz (NV Bar No. 14103) | Richard J. Pocker (NV Bar No. 3568) |
| SKLAR WILLIAMS, PLLC | BOIES SCHILLER FLEXNER LLP |
| 410 S. Rampart Blvd., Suite 350 | 300 South Fourth Street, Suite 800 |
| Las Vegas, Nevada 89145 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiffs REMARK HOLDINGS, INC. and KANKAN LIMITED* | *Attorneys for Defendant ADAM ROSEMAN* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 30, 2019

3