SKLAR WILLIAMS, PLLC
Crane M. Pomerantz
410 S. Rampart Blvd., Suite 350
Las Vegas, Nevada 89145
Telephone:  (702) 360-6000
Facsimile:   (702) 360-0000
CPomerantz@sklar-law.com

OLSHAN FROME WOLOSKY LLP
Kyle C. Bisceglie (*pro hac vice*)
Kyle J. Kolb (*pro hac vice*)
1325 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 451-2300
Facsimile:   (212) 451-2222
KBisceglie@olshanlaw.com
KKolb@olshanlaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| REMARK HOLDINGS, INC., a Delaware corporation; and KANKAN LIMITED, a British Virgin Islands company,<br><br>    *Plaintiffs*,<br><br>v.<br><br>CHINA BRANDING GROUP LIMITED (IN OFFICIAL LIQUIDATION), an exempted Cayman Islands company acting by and through its joint official liquidators; ADAM ROSEMAN; JOINT OFFICIAL LIQUIDATORS, with no personal liability, HUGH DICKSON OF GRANT THORNTON SPECIALIST SERVICES (CAYMAN) LTD, a Cayman Islands company, and DAVID BENNETT OF GRANT THORNTON RECOVERY AND REORGANISATION LTD, a Cayman Islands company; and DOES 1 through 10, inclusive,<br><br>    *Defendants*. | Case No. 2:18-cv-00322<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i)** |

NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i)
5007980-1

In accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Remark Holdings, Inc. and KanKan Limited (collectively, "Plaintiffs") hereby dismiss with prejudice all claims in the above-captioned action against Defendant Adam Roseman.

The claims against China Branding Group Limited, Hugh Dickson of Grant Thornton Specialist Services (Cayman) Ltd. and David Bennett of Grant Thornton Recovery and Reorganization Ltd. are not subject to this dismissal, and Plaintiffs will continue to pursue those claims should the Court not grant Plaintiffs' Motion to Enforce the Stipulation for Settlement. (ECF No. 63).

Dated: May 13, 2019
New York, New York

OLSHAN FROME WOLOSKY LLP

By:  */s/ Kyle J. Kolb*
Kyle C. Bisceglie (*pro hac vice*)
Kyle J. Kolb (*pro hac vice*)
1325 Avenue of the Americas
New York, New York 10019
Telephone: (212) 451-2300
Fax: (212) 451-2222
KBisceglie@olshanlaw.com
KKolb@olshanlaw.com

SKLAR WILLIAMS, PLLC
Crane M. Pomerantz
410 S. Rampart Blvd., Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Fax: (702) 360-0000
CPomerantz@sklar-law.com

*Attorneys for Plaintiffs*

NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i)

5007980-1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Notice of Partial Dismissal With Prejudice Under Fed. R. Civ. P. 41(a)(1)(A)(i) was served on May 13, 2019 by the Court's CM/ECF electronic filing systems addressed to all parties on the e-service list.

*/s/ Kyle J. Kolb*